IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRISH A. ASMANN,<br>         **Plaintiff,** | :<br>:<br>: |
| v. | :    Civ. No. 18-3338 |
| COMMISSIONER OF SOCIAL SECURITY,<br>         **Defendant.** | :<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 17th day of July 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 12), Defendant's Response (Doc. No. 17), Plaintiff's Reply (Doc. No. 18), as well as the Social Security Administrative Record (Doc. No. 7), and after careful review of United States Magistrate Judge Marilyn Heffley's Report and Recommendation (Doc. No. 21), to which no objection has been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 21) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review (Doc. No. 2) is thus **GRANTED in part**;

3. This matter is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with Judge Heffley's Report and Recommendation; and

4. The **Clerk of Court** shall **CLOSE** this case for statistical purposes.

                                                         **AND IT IS SO ORDERED.**

                                                         */s/ Paul S. Diamond*
                                                         _____
                                                          Paul S. Diamond, J.